1 Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
2 332 N. Second Street
San Jose, CA  95112
3 Telephone (408) 271-6600
Facsimile (408) 298-6046
4
Attorneys for Plaintiff
5 Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>JACK IN THE BOX INC., AND FOODMAKER INC.,<br><br>            Defendants. | No.  1:10-CV-01689-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

IT IS STIPULATED by and between Plaintiff, Natividad Gutierrez, and Defendant Jack in the Box, Inc. (formerly known as Foodmaker, Inc.), through their respective counsel, that the Initial Scheduling Conference scheduled for Tuesday, December 21, 2010 at 9:30 a.m. be continued to February 8, 2011 at 9:15 a.m. to afford the parties additional time to resolve this matter.  The parties are diligently working toward that goal with the hope to avoid burdening the Court and counsel with appearances, the scheduling conference report, or the scheduling conference.

Dated:  December 10, 2010                                    MOORE LAW FIRM, P.C.


                                                                              /s/ Tanya E. Moore
                                                                              Tanya E. Moore, Attorneys for Plaintiff

*Gutierrez v. Jack in the Box Inc., et al.*
Stipulation to Continue Scheduling Conference

1  Dated: December 10, 2010                    LAW OFFICES OF KEVIN B. KEVORKIAN

/s/ Kevin B. Kevorkian
Attorneys for Defendant Jack in the Box Inc.

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** that the Initial Scheduling Conference set for December 21, 2010 at 9:30 a.m. be continued to February 8, 2011 at 9:15 a.m.

IT IS SO ORDERED.

Dated:   **December 10, 2010**                **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

*Gutierrez v. Jack in the Box Inc., et al.*
Stipulation to Continue Scheduling Conference

Page 2