Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>FRESNO FOODS, LLC,<br><br>          Defendant. | No.  1:10-CV-01689-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendant Fresno Foods, LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 5, 2011                                                                    MOORE LAW FIRM, P.C.


                                                                                                         /s/ Tanya E. Moore
                                                                                                         Tanya E. Moore
                                                                                                         Attorney for Plaintiff Natividad Gutierrez

///

///

Stipulation for Dismissal and Order

Page 1

| | |
|---|---|
| Date: September 5, 2011 | LIVINGSTON LAW FIRM |
| | /s/ Jason G. Gong |
| | Jason G. Gong, Attorneys for Defendant Fresno Foods, LLC |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: **September 5, 2011**     **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

Stipulation for Dismissal and Order

Page 2